**Garrison S. JOHNSON, Plaintiff—Appellant,**

v.

**Roderick HICKMAN;  et al., Defendants—Appellees.**

No. 07–16093.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2007.*

Filed Nov. 19, 2007.

Garrison S. Johnson, Tehachapi, CA, pro se.

Rebecca M. Armstrong–Grau, Esq., AGCA—Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

* The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R.App. P. 34(a)(2).

Before: McKEOWN, TALLMAN and CLIFTON, Circuit Judges.

## MEMORANDUM **

This appeal from the district court's order denying appellant's motion for preliminary injunction comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We express no view on the merits of the complaint. Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief. *See Gregorio T. v. Wilson,* 59 F.3d 1002, 1004–05 (9th Cir.1995). The record before us shows that the court did not rely on an erroneous legal premise or abuse its discretion in concluding that appellant had failed to demonstrate a likelihood of success on the merits or the threat of imminent irreparable harm and in denying preliminary injunctive relief. *See id.* The court's factual findings and application of legal standards are not clearly erroneous. *See id.* Accordingly, the court's order denying the preliminary injunction is affirmed.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

